Richard G. Grant
Tex. Bar No. 08302650
CM LAW, LLP
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-40606-mxm11 |
| | § | |
| ER OF TEXAS, LLC, ET AL.,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that hearings on the following motions filed by the above-captioned Debtors (collectively, the "Motions") have been scheduled for **June 22, 2026, at 1:30 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division:

1.  Debtors' Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) (Dkt. No. [175]); and

2.  Debtors' Motion for Entry of an Order Extending the Exclusive Period Within Which to File a Chapter 11 Plan (Dkt. No. [176]).

---

[1] The debtors and debtors in possession are ER of Texas, LLC (EIN: 85-1751319); ER of Texas Colleyville, LLC (EIN: 87-1585575); ER of Texas Frisco, LLC (EIN: 85-1820777); ER of Texas Highland Village, LLC (EIN: 85-1794491); ER of Texas Hillcrest LLC (EIN: 87-1552062); ER of Texas Hurst, LLC (EIN: 87-1558323); ER of Texas Little Elm, LLC (EIN: 85-1778208); ER of Texas Texoma, LLC (EIN: 87-1558137); ER of Texas Uptown, LLC (EIN: 87-1651640); MedOPs Staffing, LLC (EIN: 83-4637945); and PERT, PLLC (EIN: 85-3330746). The mailing address of the debtors is 2800 Little Elm Parkway, Little Elm, Texas 75068.

**HEARING LOCATION AND PARTICIPATION**

The hearing will be conducted on **June 22, 2026, at 1:30 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, 501 W. 10th Street, Fort Worth, Texas 76102, before the Honorable Mark X. Mullin, United States Bankruptcy Judge, which hearing shall take place as a hybrid hearing in person, via WebEx and telephonic participation using the following information:

**In person:**  Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102

**For WebEx Video Participation/Attendance:**  Link:
https://uscourts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**  Dial-In: 1.650.479.3207 /
Meeting ID: 2310-650-8783

**PLEASE TAKE FURTHER NOTICE** that additional information about the hearing may be located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

Dated: May 20, 2026

Respectfully Submitted,

CM LAW, LLP

By:   /s/ Richard Grant
      Richard G. Grant
      Tex. Bar No. 08302650

National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTORS IN POSSESSION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing (a) via the Court's Electronic Case Filing system to all persons participating therein on May 20, 2026; and (b) via United States First Class Mail, postage prepaid, on May 20, 2026 to each of the mailing addresses indicated on the service list attached hereto.

/s/ Richard Grant
Richard G. Grant