Richard G. Grant
Tex. Bar No. 08302650
CM LAW LLP
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ER OF TEXAS, LLC, ET AL.,[1] | § | Case No. 26-40606-11 |
| | § | Chapter 11 |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE
OF NOTICE OF HEARING FOR MOTION TO EXTEND TIME TO
ASSUME OR REJECT LEASES AND MOTION TO EXTEND
EXCLUSIVE PERIOD**

I, Richard G. Grant, attorney for Debtors ER of Texas, LLC, et al., hereby certify that on

May 20, 2026, I caused true and correct copies of the *Notice of Hearing on Motion to Extend*

*Time to Assume or Reject Leases and Motion to Extend Exclusive Period* (ECF 178) all as

described in the attached to be transmitted via United States First Class Mail, postage prepaid,

addressed to the addresses listed on the attached Service List.



/s/ Richard Grant
Richard G. Grant

---

[1] The debtors and debtors in possession are ER of Texas, LLC (EIN: 85-1751319); ER of Texas Colleyville, LLC (EIN: 87-1585575); ER of Texas Frisco, LLC (EIN: 85-1820777); ER of Texas Highland Village, LLC (EIN: 85-1794491); ER of Texas Hillcrest LLC (EIN: 87-1552062); ER of Texas Hurst, LLC (EIN: 87-1558323); ER of Texas Little Elm, LLC (EIN: 85-1778208); ER of Texas Texoma, LLC (EIN: 87-1558137); ER of Texas Uptown, LLC (EIN: 87-1651640); MedOPs Staffing, LLC (EIN: 83-4637945); and PERT, PLLC (EIN: 85-3330746). The mailing address of the debtors is 2800 Little Elm Parkway, Little Elm, Texas 75068.

Dated: May 21, 2026

Respectfully Submitted,

CM LAW, PLLC


By:     /s/ Richard Grant
           Richard G. Grant
           Tex. Bar No. 08302650

National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTOR IN POSSESSION

Richard G. Grant
Tex. Bar No. 08302650
CM LAW, LLP
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-40606-mxm11 |
| | § | |
| ER OF TEXAS, LLC, ET AL.,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that hearings on the following motions filed by the above-captioned Debtors (collectively, the "Motions") have been scheduled for **June 22, 2026, at 1:30 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division:

1. Debtors' Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) (Dkt. No. [175]); and

2. Debtors' Motion for Entry of an Order Extending the Exclusive Period Within Which to File a Chapter 11 Plan (Dkt. No. [176]).

---

[1] The debtors and debtors in possession are ER of Texas, LLC (EIN: 85-1751319); ER of Texas Colleyville, LLC (EIN: 87-1585575); ER of Texas Frisco, LLC (EIN: 85-1820777); ER of Texas Highland Village, LLC (EIN: 85-1794491); ER of Texas Hillcrest LLC (EIN: 87-1552062); ER of Texas Hurst, LLC (EIN: 87-1558323); ER of Texas Little Elm, LLC (EIN: 85-1778208); ER of Texas Texoma, LLC (EIN: 87-1558137); ER of Texas Uptown, LLC (EIN: 87-1651640); MedOPs Staffing, LLC (EIN: 83-4637945); and PERT, PLLC (EIN: 85-3330746). The mailing address of the debtors is 2800 Little Elm Parkway, Little Elm, Texas 75068.

1

**HEARING LOCATION AND PARTICIPATION**

The hearing will be conducted on **June 22, 2026, at 1:30 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, 501 W. 10th Street, Fort Worth, Texas 76102, before the Honorable Mark X. Mullin, United States Bankruptcy Judge, which hearing shall take place as a hybrid hearing in person, via WebEx and telephonic participation using the following information:

**In person:** Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102

**For WebEx Video Participation/Attendance:** Link: https://uscourts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:** Dial-In: 1.650.479.3207 / Meeting ID: 2310-650-8783

**PLEASE TAKE FURTHER NOTICE** that additional information about the hearing may be located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

Dated: May 20, 2026

Respectfully Submitted,

CM LAW, LLP

By: ___/s/ Richard Grant_____
    Richard G. Grant
    Tex. Bar No. 08302650

National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTORS IN POSSESSION

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing (a) via the Court's Electronic Case Filing system to all persons participating therein on May 20, 2026; and (b) via United States First Class Mail, postage prepaid, on May 20, 2026 to each of the mailing addresses indicated on the service list attached hereto.

/s/ Richard Grant

Richard G. Grant

Richard G. Grant
Tex. Bar No. 08302650
CM LAW, LLP
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTORS IN POSSESSION

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-40606-mxm11 |
| | § | |
| ER OF TEXAS, LLC, ET AL.,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that hearings on the following motions filed by the above-captioned Debtors (collectively, the "Motions") have been scheduled for **June 22, 2026, at 1:30 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division:

1. Debtors' Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) (Dkt. No. [175]); and

2. Debtors' Motion for Entry of an Order Extending the Exclusive Period Within Which to File a Chapter 11 Plan (Dkt. No. [176]).

---

[1] The debtors and debtors in possession are ER of Texas, LLC (EIN: 85-1751319); ER of Texas Colleyville, LLC (EIN: 87-1585575); ER of Texas Frisco, LLC (EIN: 85-1820777); ER of Texas Highland Village, LLC (EIN: 85-1794491); ER of Texas Hillcrest LLC (EIN: 87-1552062); ER of Texas Hurst, LLC (EIN: 87-1558323); ER of Texas Little Elm, LLC (EIN: 85-1778208); ER of Texas Texoma, LLC (EIN: 87-1558137); ER of Texas Uptown, LLC (EIN: 87-1651640); MedOPs Staffing, LLC (EIN: 83-4637945); and PERT, PLLC (EIN: 85-3330746). The mailing address of the debtors is 2800 Little Elm Parkway, Little Elm, Texas 75068.

1

---

**HEARING LOCATION AND PARTICIPATION**

The hearing will be conducted on **June 22, 2026, at 1:30 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, 501 W. 10th Street, Fort Worth, Texas 76102, before the Honorable Mark X. Mullin, United States Bankruptcy Judge, which hearing shall take place as a hybrid hearing in person, via WebEx and telephonic participation using the following information:

**In person:** Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102

**For WebEx Video Participation/Attendance:** Link: https://uscourts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:** Dial-In: 1.650.479.3207 / Meeting ID: 2310-650-8783

**PLEASE TAKE FURTHER NOTICE** that additional information about the hearing may be located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

Dated: May 20, 2026

Respectfully Submitted,

CM LAW, LLP

By:  ____/s/ Richard Grant_____
    Richard G. Grant
    Tex. Bar No. 08302650

National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTORS IN POSSESSION

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing (a) via the Court's Electronic Case Filing system to all persons participating therein on May 20, 2026; and (b) via United States First Class Mail, postage prepaid, on May 20, 2026 to each of the mailing addresses indicated on the service list attached hereto.

/s/ Richard Grant
Richard G. Grant

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>ER of Texas, LLC<br>ER of Texas Colleyville, LLC, ER of Texas Frisco, LLC, ER of Texas Highland Village, LLC, ER of Texas Hillcrest, LLC, ER of Texas Hurst, LLC, ER of Texas Little Elm, LLC, ER of Texas Texoma, LLC, ER of Texas Uptown, LLC, MedOps Staffing, LLC, PERT, P | CASE NO: 26-40606, 26-40608, 26-40609, 26-40611, 26<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 175 |

On 5/20/2026, I did cause a copy of the following documents, described below,

Notice of Hearing on Motions to Extend Time to Assume or Reject Leases and to Extend or Limit Exclusivity Period ECF Docket Reference No. 175

Notice of Hearing on Motions to Extend Time to Assume or Reject Leases and to Extend or Limit Exclusivity Period 176

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/20/2026

/s/ Richard Grant
Richard Grant  08302650

CM Law, LLP
13101 Preston Road, Suite 110-1510
Dallas, TX 75240
214-210-2929
rgrant@cm.law

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

ER of Texas, LLC
ER of Texas Colleyville, LLC, ER of Texas
Frisco, LLC, ER of Texas Highland Village, LLC,
ER of Texas Hillcrest, LLC, ER of Texas Hurst,
LLC, ER of Texas Little Elm, LLC, ER of Texas
Texoma, LLC, ER of Texas Uptown, LLC,
MedOps Staffing, LLC, PERT, P

CASE NO: 26-40606, 26-40608, 26-40609, 26-40611, 26-40612, 26-40613, 26-40614, 26-40615, 26-40616, 26-40617, 26-40618

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 175

On 5/20/2026, a copy of the following documents, described below,

Notice of Hearing on Motions to Extend Time to Assume or Reject Leases and to Extend or Limit Exclusivity Period ECF Docket Reference No. 175

Notice of Hearing on Motions to Extend Time to Assume or Reject Leases and to Extend or Limit Exclusivity Period 176

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/20/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Grant
CM Law, LLP
13101 Preston Road, Suite 110-1510
Dallas, TX  75240

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ER OF TEXAS, LLC ET AL.
2800 LITTLE ELM PARKWAY
LITTLE ELM TX 75068

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
 1100 COMMERCE STREET, ROOM
DALLAS TX 75242-16

NEWTEK BUSINESS SERVICES HOLDCO 6, INC.
200 S. ORANGE AVE. SUITE 1175
 ORLANDO FL 32801

ENCORE BANK
5960 BERKSHIRE LN.
SUITE 1100
DALLAS TX 75225

NEWTEK BANK, NA
 1981 MARCUS AVE.
 LAKE SUCCESS NY 11020

NEWCO
90 BROAD STREET
STE 903
NEW YORK NY 10004

INSIGHT FUNDING
1135 KANE CONCOURSE BAY
HARBOR ISLANDS FL 33154

FOREVER FUNDING, LLC
2389 MAIN ST
ST 100
GLASTONBURY CT 06033

LEGACY HEALTH (BILLING/CODING)
500 WESTOVER DRIVE
STE 10064
STANFORD CT 27330

DML HC SERIES (NV) 700, SERIES 702
7251 W LAKE MEAD BLVD
 #300
LAS VEGAS NV 89128

PANTHER
680 CENTRAL AVE
STE 109
 CEDERHURST NY 11516

MCA FUNDING
2959 NOSTRAND AVE
BROOKLYN NY 11229

KARA, AMYNAH
4601 SEBAGO TRAIL
PLANO TX 75093

CAPYBARA
255 EXECUTIVE DRIVE
 SUIT 205
PLANEVIEW NY 11803

ENOD
1202 AVENUE U
ST 115
BROOKLYN NY 11229

CORE FUNDING/ MERCHANT CAPITAL
49 FRONT ST
 STE 6
CENTRE NY 11570

LENDR
670 N CLARK ST
2ND FLOOR
CHICAGO IL 60654

PASSI, JATINDER
4617, OBSERVATION DRIVE,
PLANO TX 75024

GCAP
300 PERRINE ROAD ST 300 OLD BRIDGE NJ 08857
STE 300
OLD BRIDGE NJ 08857

PANDILIPALLI, VENKATA
34 COMILLAS DRIVE
 WESTLAKE TX 76262

BAKER MCKENZIE
1900 NORTH PEARL STREET
SUITE 1500
DALLAS TX 75201

BATTULA, PADMAJA
5916 SILVER SAGE LANE
GRAND PRAIRIE TX 75052

ZEBALLOS, ALVARO
31 TWIN LAKE LN
HENRICO VA 23229

GOT FUNDED
20200 W DIXIE HWY #1061
STE 902
AVENTURA FL 33180

DELK, GERALD
3212 WEST SAN NICHOLAS
TAMPA FL 33629

HWP ERTX LLC
 1441 LATIGO CT
PROSPER TX 75078

BRUCE S. GALANTER (COLLEYVILLE LANDLORD)
6675 GRANITE CREST CT
SAN DIEGO CA 92130

SCF RC FUNDING IV LLC (HURST LANDLORD)
902 CARNEGIE CENTER BOULEVARD
STE 520
PRINCETON NJ 08540

CONCORD RADIOLOGY PLLC
1602 AVENUE Q
LUBBOCK TX 79401

6215 HILLCREST AVE., LLC
5322 WEDGMONT CIRCLE
NORTH FORT WORTH TX 76133

SHERMAN FEC REAL ESTATE LLC (TEXOMA LANDLORD)
4560 BELTLINE RD.
ST 400
ADDISON TX 75001

HAYCO REALTY, LTD. (HIGHLAND VILLAGE GROUND
LESSOR)
3825 CAMP BOWIE BLVD
FORT WORTH TX 76107

F&A MANAGEMENT
101 W RENNER RD
STE 140
RICHARDSON TX 75082

EPOWERDOC, INC.
P.O. BOX 88218
ATLANTA GA 30356

HWP ERTX INVESTOR, LLC
3601 TURTLE CREEK BLVD.
SUITE 602
DALLAS TX 75219

INTERNAL REVENUE SERVICE SPECIAL PROCEDURES -
PO BOX 7346
PHILADELPHIA PA 19101-7346

DEPARTMENT OF VETERAN'S AFFAIRS FINANCE SECTION
(24) - ONE VETE
701 CLAY AV
WACO TX 76799

OFFICE OF THE ATTORNEY GENERAL
MAIN JUSTICE BUILDING, ROOM 5110TH & CONST
WASHINGTON DC 20530

OFFICE OF THE UNITED STATES ATTORNEY
3RD FLOOR, 1100 COMMERCE STREET
DALLAS TX 75242-1699

TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY - COLLECTIONS DIV.
PO BOX 1254
AUSTIN TX 78711-2548

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING - BANKRUPT
PO BOX 1352
AUSTIN TX 78711

TEXAS WORKFORCE COMMISSION
TEC BUILDING - BANKRUPTCY
101 EAST 15TH
AUSTIN TX 78778

UNITED STATES POSTAL SERVICE LAW DEPT.
SW FIELD OFFICE
PO BOX 2270
DALLAS TX 75222-7078

TEXAS DEPARTMENT OF STATE HEALTH SERVICES
PATIENT QUALITY CARE UNIT
HEALTH FACILITY COMPLIANCE
P.O. BOX 149347, MAIL CODE 1979
AUSTIN, TEXAS 78714-9347

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
4900 N. LAMAR BLVD.
AUSTIN, TEXAS 78751

BRUCE S. GALANTER (COLLEYVILLE LANDLORD)
6675 GRANITE CREST CT
SAN DIEGO, CA 92130

ANNMARIE CHIARELLO
WINSTEAD PC
500 WINSTEAD BUILDING
2728 N. HARWOOD STREET
DALLAS, TEXAS 75201

6215 HILLCREST AVE., LLC (HILLCREST LANDLORD)
5322 WEDGMONT CIRCLE NORTH
FORT WORTH, TX 76133

HWP ERTX, LLC (HIGHLAND VILLAGE & LITTLE ELM
LANDLORD)
1441 LATIGO CT
PROSPER, TX 75078

SHERMAN FEC REAL ESTATE LLC (TEXOMA LANDLORD)
4560 BELTLINE RD., SUITE 400
ADDISON, TX 75001

CRAIG SOLOMON GANZ / JOEL F. NEWELL
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, ARIZONA 85004

SCF RC FUNDING IV LLC (HURST LANDLORD)
902 CARNEGIE CENTER BOULEVARD, SUITE 520
PRINCETON, NJ 08540